**MEMORANDUM ENDORSED**

# RYAN KIM | LAW

222 Bruce Reynolds Blvd, Suite 490
Fort Lee, NJ 07024
Telephone: (201) 897-8787

September 29, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2023 _____

**VIA ECF**

Honorable Judge Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Peral St.
New York, NY 10007

**Re:     Hur v. E-Mo Kimbob LLC et al., 23-cv-06190**

Dear Judge Woods,

This firm represents the Plaintiff in the above-referenced action. We write this letter to request to adjourn the telephone conference scheduled on October 3, 2023.

Pursuant to the court's Individual Rules of Practice in Civil Cases No. 1. E regarding Requests for Adjournment of the conference, plaintiff states the following:

1) The original date of the hearing is October 3, 2023;
2) No previous request for adjournment or extension had been made for this event;
3) The reason for the adjournment request: Plaintiff's counsel has a conflict on the same day and at same time.
4) The adversary consents to the adjournment in this matter;
5) The proposed date is October 2, 9, or 10/3/23 but after 2 pm.

This request does not affect any other scheduled Court appearance or deadline.

Respectfully submitted,

Ryan J. Kim

Cc: All counsel of record (via ECF)

Application granted.  The conference scheduled for October 3, 2023 at 10:00 a.m. is adjourned to October 3, 2023 at 3:00 p.m.  The Court of Clerk is directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: September 29, 2023
New York, New York

GREGORY H. WOODS
United States District Judge