```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
KYUNG RAN HUR,                                                 :
                                                               :
                                    Plaintiff,                 :     1:23-cv-6190-GHW
                                                               :
                     -v -                                      :     ORDER
                                                               :
E-MO KIMBOB LLC, *et al.*,                                     :
                                                               :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As discussed during the October 3, 2023 telephone conference, Defendants' motion for summary judgment is due by October 18, 2023. Plaintiff's opposition is due two weeks after the date of service of Defendants' motion. The Court anticipates that Plaintiff's opposition will rely on Fed. R. Civ. P. 56(d). If so, as discussed, Plaintiff need not address the merits of Defendants' motion in its opposition. Defendants' reply, if any, is due one week after the date of service of Plaintiff's opposition.

    The initial conference scheduled in this matter for October 20, 2023, is adjourned to November 14, 2023 at 11:00 a.m.

    SO ORDERED.

Dated: October 3, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge