USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
KYUNG RAN HUR, :
:
                      Plaintiff, :    1:23-cv-6190-GHW
:
     -v – :    <u>ORDER</u>
:
E-MO KIMBOB LLC, *et al.*, :
:
                  Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court will hold a conference on November 9, 2023 at 3:00 p.m. to discuss Defendants' motion for summary judgment, Dkt. No. 24. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

    SO ORDERED.

Dated: November 4, 2023
        New York, New York

                                            _____
                                               GREGORY H. WOODS
                                             United States District Judge