```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
KYUNG RAN HUR,                                                 :
                                                               :
                              Plaintiff,                       :   1:23-cv-6190-GHW
                                                               :
              -v –                                             :   ORDER
                                                               :
E-MO KIMBOB, LLC, *et al.*,                                    :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- :
                                                               X

GREGORY H. WOODS, United States District Judge:

For the reasons discussed on the record at the November 9, 2023 conference, Defendants' motion for summary judgment is denied without prejudice. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.

Dated: November 9, 2023

                                                                       GREGORY H. WOODS
                                                                       United States District Judge