```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
KYUNG RAN HUR,                                                 :
                                                               :
                        Plaintiff,                             :
                                                               :     23-CV-6190 (DEH) (RWL)
            - against -                                        :
                                                               :
E-MO KIMBOB LLC, JI Y KWAK, ARUM                               :     ORDER
CHOI, KYUNG BONG HAN, and JOHN                                 :
DOE,                                                           :
                                                               :
                        Defendants.                            :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On December 9, 2024, Plaintiff filed a letter motion to compel the deposition of non-party Stephen Choi. In light of the affidavit provided by Plaintiff, and although based on hearsay of what she was told, the Court finds that the requested deposition will not impose an undue burden or any other reason not to allow the deposition to proceed. Accordingly, the motion is granted, and Plaintiff may take the deposition of Stephen Choi by remote means for a period of no longer than two hours.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 63.

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 27, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1