```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KYUNG RAN HUR,                                              :
                                                            :
                              Plaintiff,                    :    23-CV-6190 (DEH) (RWL)
                                                            :
           - against -                                      :
                                                            :    ORDER
E-MO KIMBOB LLC, YI Y. KWAK, ARUM                           :
CHOI, KYUNG BONG HAN, and SUNG HEE                          :
PARK,                                                       :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the discovery conference held on March 27, 2025, via Microsoft Teams, and for the reasons explained on the record, Plaintiff's request to compel production of tax returns and other materials as set forth at Dkts. 78 and 84 is DENIED.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 78.

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1