UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kyung Ran Hur,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>E-Mo Kimbob LLC et al.,<br><br>　　　　　　　　　Defendants. | 23-CV-6190 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On **March 18, 2025**, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 85. It is hereby ORDERED that Defendant shall file any opposition to the motion for default judgment by **April 21, 2025**.

It is further ORDERED that Defendant appear and show cause before this Court on **April 24, 2025, at 10:30 a.m. ET**, why an order should not be issued granting a default judgment against Defendant. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 903 265 008 followed by the pound (#) key. No later than Thursday the week prior to the conference date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

It is further ORDERED that Plaintiff serve Defendant via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within one business day of the filing of each document**. In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: April 7, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge