UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kyung Ran Hur,<br><br>      Plaintiff,<br><br>  v.<br><br>E-Mo Kimbob LLC et al.,<br><br>      Defendants. | 23-CV-6190 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Due to a conflict in the Court's calendar, the conference scheduled for **April 24, 2025, at 10:30 a.m. ET is RESCHEDULED to April 24, 2025 at 4:00 p.m. ET**. The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 903 265 008, followed by the pound (#) sign.

  Plaintiff shall file proof of service on Defendants and proof of service of this Order via ECF.

SO ORDERED.

Dated: April 21, 2025
    New York, New York

                       DALE E. HO
                    United States District Judge