

222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
T: (718) 573-1111

April 24, 2025

<u>VIA ECF</u>

Honorable Dale E. Ho
United States District Court
500 Pearl St.
New York, NY 10007-1312

  **Re:** *Hur v. E-Mo Kimbob LLC et al.*, No. 23-cv-06190

Dear Judge Ho,

  We represent Plaintiff Kyung Ran Hur in the above-captioned action. We write in connection with the Court's April 7, 2025 Order scheduling a show cause hearing regarding Plaintiff's motion for default judgment against Defendant Sung Hee Park. The hearing is currently scheduled for today, April 24, 2025, at 4:00 p.m. (ECF Nos. 90, 92.).

  Following discussions between the parties, Plaintiff has accepted an offer of judgment made by Defendants under Rule 68 of the Federal Rules of Civil Procedure. (ECF Nos. 93, 94.) In light of the parties' settlement, and to avoid unnecessary expenditure of time and resources by the Court and the parties, Plaintiff withdraws the pending motion for entry of default against Defendant Park (ECF No. 85). Accordingly, we respectfully request that the hearing scheduled for this afternoon be canceled.

  We thank the Court for its time and attention to this matter.

  Respectfully submitted,

                /s/Ryan J. Kim
                Counsel for Plaintiff

Cc: Robert J. Basil, Esq. (via ECF)

The Court is in receipt of the endorsed letter. The Default Judgment Conference scheduled for April 24, 2025 at 4:00 p.m. ET is canceled. Plaintiff's Motion for Entry of Default is **DENIED** as moot. SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 85.

Dale E. Ho
United States District Judge
Dated: April 24, 2025
New York, New York