UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kyung Ran Hur,<br><br>        Plaintiff,<br>v.<br><br>E-Mo Kimbob LLC, Ji Y. Kwak, Arum Choi, Sung Hee Park and Kyung Bong Han,<br><br>        Defendants, | Index No. 23-cv-6190<br><br>[PROPOSED]<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure E-Mo Kimbob LLC, Ji Y. Kwak, Arum Choi and Kyung Bong Han (collectively, "Defendants"), having offered to allow Kyung Ran Hur ("Plaintiff") to take a judgment against them, in the sum of One Hundred Seven Thousand Nine Hundred Thirty Seven Dollars and No Cents ($107,937.00), with respect to Plaintiff's claims for relief, damages, fees, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 23, 2025, and filed as Exhibit A to Docket Number 93;

**WHEREAS**, on April 23, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 93);

It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of Plaintiff Kyung Ran Hur, in the sum of One Hundred Seven Thousand Nine Hundred Thirty Seven Dollars and No Cents ($107,937.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 23, 2025, and filed as Exhibit A to Docket Number 93.

Dated: _____April 25_____, 2025
       New York, New York

                                                               Hon. Dale E. Ho
                                                               United States District Judge