UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kyung Ran Hur,

Plaintiff,

v.

E-Mo Kimbob LLC, Ji Y. Kwak, Arum Choi, Sung Hee Park and Kyung Bong Han,

Defendants.

23-CV-6190 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Clerk of Court is respectfully directed to close this case in light of the Rule 68 Judgment entered at ECF No. 97.

SO ORDERED.

Dated: September 9, 2026
New York, New York

DALE E. HO
United States District Judge